IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>                        Plaintiff,           )<br>                                                             )<br>v.                                                        )<br>                                                             )<br>WESLEY A. ROBERTS,                   )<br>                                                             )<br>                        Defendant.       ) | CASE NO. 4:14CR3016<br><br>**ORDER** |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Trial, from May 12, 2014, to a date and time convenient to this Court in approximately 90 days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the jury trial of this matter is hereby continued to August 18, 2014, at 9:00 am. Mr. Roberts is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by continuing Defendant's jury trial. This Court further finds that taking such action outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly, the time from today's date until the date now set for Defendant's jury trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 30th day of April, 2014

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge