IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:14-CR-3016 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| WESLEY A. ROBERTS, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Defendant's Sentencing Hearing (filing 56) is granted.

2. Defendant Wesley A. Roberts' sentencing on Count II is continued to January 7, 2016, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of December, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge