IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:14-CR-3016 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WESLEY A. ROBERTS, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing Hearing (filing 68) is granted.

2. Defendant Wesley A. Roberts' sentencing on Count II is continued to July 21, 2016, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 4th day of May, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge