IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3016 |
| vs. | FINAL ORDER OF FORFEITURE |
| WESLEY A. ROBERTS, | |
| Defendant. | |

    This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 58). On July 31, 2015, the Court entered a Preliminary Order of Forfeiture (filing 42) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to Count II of the indictment (filing 1), which charged him with knowingly possessing or attempting to possess one or more items which contained visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the indictment. By way of the Preliminary Order of Forfeiture, the defendant's interest in one Samsung Tracphone, SCH-R451C9ST0 (the "Subject Property"), was forfeited to the United States on the basis that it was used or was intended to be used to facilitate the violation alleged in Count II. Filing 42.

    As directed by the order, a Notice of Criminal Forfeiture was posted beginning on October 2, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 57) was filed on December 8, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

    IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 58) is granted.

2. All right, title, and interest in and to the Subject Property held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 27th day of July, 2016.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge