IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3016 |
| vs. | |
| WESLEY A. ROBERTS, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Count of Indictment (filing 82) as to Count I of the indictment (filing 1).

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 82) is granted.

2. Count I of the indictment is dismissed without prejudice.

3. This case is closed

Dated this 1st day of August, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge