IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WESLEY A. ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion to file document restricted (filing 85) is granted.

(2)     The defendant's motion to extend time allowed to surrender to the Bureau of Prisons (filing 84) is granted.

(3)     The defendant's commitment date to the Federal Bureau of Prisons in Butner, North Carolina, is hereby continued to January 24, 2017, at or before 1:00 p.m.  No more continuances of the defendant's self-surrender date will be granted.  If defendant fails to report, the United States Marshal will be directed to arrest the defendant.

(4)     Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal.  The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

Dated January 18, 2017.

BY THE COURT:

s/ John M. Gerrard
United States District Judge